# EXHIBIT A

## JENNIFER ROBERTS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Nas | Rewind | Stillmatic | 305-698 |
| UMG Recordings, Inc. | Ludacris | Saturday (Oooh! Oooh!) | Word of Mouf | 304-605 |
| UMG Recordings, Inc. | Dru Hill | How Deep Is Your Love | Enter the Dru | 290-402 |
| Interscope Records | Eve | Gangsta Bitch | Scorpion | 293-364 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |