UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Sony BMG Music Entertainment, et al
Plaintiff

CA. No. 07-279S

v.

Jennifer Roberts
Defendant

**SHOW CAUSE ORDER**

On or before **December 27, 2007** the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal.

By Order,

Doreen Baldwell
Deputy Clerk

ENTER:

WESmith
William E. Smith
US District Judge

Date: 12/11/07

FORMS/SHWCAUS2.ORD