UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, UMG RECORDINGS, INC., A Delaware corporation; INTERSCOPE RECORDS, a California general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

JENNIFER ROBERTS,

Defendant.

Case No.: 1:07-cv-00279-S-LDA

**MOTION IN RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs respectfully advise the court that it was the Plaintiff's original intention to file a Request to Enter Default as the Defendant had failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. However, recognizing that the Plaintiff has obtained an additional cell phone number as well as an address it is the Plaintiff's goal to attempt to notify the Defendant once again prior to filing a Request to Enter Default if such effort is unsuccessful.

Respectfully Submitted,

By: /s/ James E. O'Neil, Esq.

James E. O'Neil, Esq. (RI Bar #2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for SONY BMG MUSIC
ENTERTAINMENT; UMG
RECORDINGS, INC.; INTERSCOPE,
RECORDS; and ARISTA RECORDS LLC

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 14th day of December, 2007, I mailed a true and accurate copy of the within Motion in Response to Order to Show Cause, postage prepaid to Ms. Jennifer Roberts, 38 Kings Street, Coventry, Rhode Island, 02816.

/s/ James E. O'Neil, Esq.
James E. O'Neil, Esq.